United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

ADIT JAMDAR, et al.,

          Plaintiffs,

  v.

JOSEPH B. EDLOW, et al.,

          Defendants.

Case No.  5:25-cv-11002-BLF

**ORDER GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY**

[Re: ECF No. 15]

Plaintiffs move to strike "newly introduced due process arguments" in Defendants' reply in support of motion to dismiss, or in the alternative, for leave to file a sur-reply.  ECF No. 15. Defendants oppose the motion to strike but do not oppose the motion for leave to file a sur-reply. ECF No. 16.  The Court accordingly GRANTS Plaintiffs' motion for leave to file a sur-reply and accepts Exhibit A attached to Plaintiffs' motion as their sur-reply brief.

      **IT IS SO ORDERED.**

Dated:  April 3, 2026

_____
BETH LABSON FREEMAN
United States District Judge